**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DWAYNE E. JOHNSON                                                                        PLAINTIFF

V.                                            5:12CV00131 DPM/JTR

ED ADAMS, Captain,
Brassell Detention Center                                                                 DEFENDANT

**ORDER**

On April 27, 2012, the Court entered an Order directing Plaintiff, Dwayne E. Johnson, to file an Amended Complaint containing specific information needed to screen his § 1983 Complaint, as required by 28 U.S.C. § 1915A. *See* docket entry #3.

On May 8, 2012, Plaintiff filed a Motion asking the Court to compel Defendant to produce "all physical evidence of any type or character" that supports the merits of his claims. *See* docket entry #5. On the same day, Plaintiff filed a "Motion to Suppress" unspecified evidence. *See* docket entry #6.

Plaintiff's Motions are premature and improper. After Defendant files an Answer or responsive pleading, Plaintiff may begin the discovery process by sending *specific* discovery requests directly to Defendant's attorney. *See* Fed. R. Civ. P. 33, 34, 36, and 37. Importantly, discovery requests and responses must be mailed *directly* to Defendant's attorney, and *not* filed in the record. *See* Fed. R. Civ. P. 5(d). If

Plaintiff later wishes to prevent Defendant from introducing certain evidence at trial, he must file a Motion in Limine that: (1) specifies the particular evidence he wishes to be excluded; and (2) the legal basis for exclusion.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Compel (docket entry #5) and Motion to Suppress Evidence (docket entry #6) are DENIED.

Dated this 16th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE