# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DWAYNE E. JOHNSON                                PLAINTIFF

v.                No. 5:12-cv-131-DPM-JTR

ED ADAMS, Captain, W.C.
"Dub" Brassell Detention Center                  DEFENDANT

## ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, *Document No. 10*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the substance of the proposal as its own. Johnson may proceed with his failure-to-protect and inadequate-medical-care claims against Adams. All other claims are dismissed without prejudice.

The Clerk of Court is directed to indicate Johnson's jury demand on the docket sheet. The Clerk shall also prepare a summons for Defendant Adams; and the United States Marshal shall serve a copy of the complaint, amended complaint, and summons on Adams through the W.C. "Dub" Brassell Detention Center, 300 East Second Avenue, Pine Bluff, Arkansas, 71601. This service shall be made without prepayment of fees and costs or security.

The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2012