**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DWAYNE E. JOHNSON                                                                   PLAINTIFF

V.                                         5:12CV00131 DPM/JTR

ED ADAMS, Captain,
Brassell Detention Center                                                           DEFENDANT

## ORDER

Plaintiff, Dwayne Johnson, is a pretrial detainee proceeding *pro se* in this § 1983 action. He has recently filed three nondispositive Motions, which the Court will address separately.

### I.  Plaintiff's Motion to Dismiss

Plaintiff has filed a Motion seeking permission to dismiss or withdraw the Motion to Suppress and/or Compel that he filed on August 22, 2012. *See* docket entries #16 and #20. The Court previously denied Plaintiff's Motion to Suppress and/or Compel on September 21, 2012. *See* docket entry #25. Thus, Plaintiff's Motion to Dismiss is denied as moot.

### II.  Plaintiff's Motions to Compel

Plaintiff had filed two Motions asking the Court to compel Defendants to produce a witness list and security camera footage. *See* docket entries #21 and #22.

Defendant explains that Plaintiff has not sent him any discovery requests. *See* docket entry #24. Thus, it appears that Plaintiff is filing Motions with the Court before sending discovery requests directly to Defendant.

As explained to Plaintiff in the September 21, 2012 Order, he must mail his discovery requests directly to Defendant, rather than filing them in the record. Thus, his Motions to Compel are denied.

### III. Conclusion

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Dismiss (docket entry #20) is DENIED AS MOOT.

2. Plaintiff's Motions to Compel (docket entries #21 and #22) are DENIED.

Dated this <u>1st</u> day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE