IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


DWAYNE E. JOHNSON,
ADC #152640                                                    PLAINTIFF


v.                              No. 5:12-cv-131-DPM-JTR


ED ADAMS, Captain,
Brassell Detention Center                                      DEFENDANT


## ORDER

1.      Inmate Dwayne E. Johnson has filed a motion arguing that he is

entitled to judgment on the pleadings.  Johnson has not clearly established

that there are no material issues of fact and that he is entitled to judgment, as

a matter of law, on the constitutional claims he has raised against Defendant

Ed Adams.  FED. R. CIV. P. 12(c); *Porous Media Corp. v. Pall Corp.*, 186 F.3d 1077,

1079 (8th Cir. 1999).  The motion is denied.

2.      It appears that Johnson is asking for a judgment in his favor as a

sanction for Adams not responding to his discovery request seeking

unspecified surveillance materials.   As previously explained to Johnson

(*Document Nos. 25 and 26*), the proper way to resolve the matter is to mail

specific discovery requests *directly* to Adams's attorney.  If Adams does not

properly respond to his specific discovery requests, Johnson may then file a supported motion to compel. *See* FED. R. CIV. P. 37; Local Rule 7.2(g).

\* \* \*

Johnson's motion for judgment on the pleadings, *Document No. 33,* is denied. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_17 October 2012_