IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DWAYNE E. JOHNSON,
ADC #152640                                                    PLAINTIFF

v.                          5:12-cv-131-DPM

ED ADAMS, Captain,
Brassell Detention Center                                      DEFENDANT

## JUDGMENT

Johnson's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 March 2013